**MEMO ENDORSED**



Fox Rothschild LLP
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2023
```

BRYN GOODMAN, ESQ.
Direct Dial: 212-878-7975
Email Address: BGoodman@FoxRothschild.com

August 14, 2023

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 11201

    Re:    *Felix Castro v. J.C. Western Supply, Inc.*, **Case No. 23-cv-04488**
                **Joint Notice of Settlement and Request to Adjourn All Pending Dates**

Dear Judge Caproni:

    This firm represents J.C. Western Supply, Inc. ("Defendant") in the above-referenced matter. We write jointly with Plaintiff Felix Castro ("Plaintiff"), to advise that the parties reached a settlement in principle and are working to draft a formal written settlement agreement. Given that the parties have resolved this litigation, we respectfully request that this Court adjourn all pending dates *sine die*—including the August 14, 2023, deadline for Defendant to file its response to the Complaint—and provide the parties with thirty (30) days to file their anticipated stipulation of dismissal.

    We thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            */s/ Bryn Goodman*
                                            Bryn Goodman, Esq.

cc:    Noor A. Saab, Esq. (*via* ECF)

IT IS HEREBY ORDERED that Plaintiff's claims are dismissed with prejudice.  Within **30 days** of this order, the parties may apply to reopen this case.  Any such application must show good cause for holding the case open in light of the parties' settlement.  Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

The Clerk of Court is respectfully directed to terminate all open motions and deadlines and to CLOSE this case.

SO ORDERED.

Date: 8/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE